UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RICHARD DE'VONN WEBB,

          Plaintiff,

   v.

C.E. DUCART, et al.,

          Defendants.

Case No. 17-cv-00330-HSG (PR)

**ORDER GRANTING PLAINTIFF'S REQUEST FOR EXTENSION OF TIME TO FILE AMENDED COMPLAINT**

Re: Dkt. No. 8

Good cause appearing, plaintiff's request for a 45-day extension of time to file an amended complaint is GRANTED. Plaintiff shall file his amended complaint no later than **June 15, 2017**.

This order terminates Docket No. 8.

**IT IS SO ORDERED.**

Dated: 5/4/2017

HAYWOOD S. GILLIAM, JR.
United States District Judge

United States District Court
Northern District of California