UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD DE'VONN WEBB,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>C.E. DUCART, et al.,<br><br>　　　　Defendants. | Case No. 17-cv-00330-HSG (PR)<br><br>**JUDGMENT** |

Pursuant to the Court's Order of Dismissal, the Clerk of the Court shall enter judgment in favor of defendants and against plaintiff.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: 9/29/2017

　　　　　　　　　　　　　　　　　　　　　　　　HAYWOOD S. GILLIAM, JR.
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge